AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Southern District of Ohio ▾

| | |
|---|---|
| COURTHOUSE NEWS SERVICE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.   21-CV-197 |
| AFTAB PUREVAL, IN HIS OFFICIAL CAPACITY AS CLERK OF THE HAMILTON COUNTY COURT OF COMMON PLEAS | ) ) ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Aftab Pureval, Clerk for the Hamilton County Court of Common Pleas
Hamilton County Clerk of Courts
1000 Main Street, Room 315
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Greiner
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ 03/24/2021 _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  21-CV-197

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)*   AFTAB  PUREVAL

was received by me on *(date)*   4/29/21   .

☑ I personally served the summons on the individual at *(place)*   1000 MAIN ST. CINCINNATI
OHIO 45202 · Room 375   on *(date)*   4/29/21   ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4/29/21

*Server's signature*

JANA M. NELL  PRESS SERVER
*Printed name and title*

944 LINN ST. CINT, OH  45203 STE 700
*Server's address*

Additional information regarding attempted service, etc: