IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                 Plaintiff,<br><br>   v.<br><br>AFTAB PUREVAL, in his official capacity as Clerk of the Hamilton County Court of Common Pleas,<br><br>                 Defendant. | Case No: 21-cv-197-MRB<br><br>Judge Michael R. Barrett<br><br>MOTION TO SUBSTITUTE PARTY DEFENDANT |

      Pursuant to Rule 25(d), Federal Rules of Procedure, Plaintiff Courthouse News Services moves this court for an order substituting Pavan Parikh as the defendant in this action. In January, Mr. Parikh assumed the office of Hamilton County Common Pleas Clerk of Courts, succeeding Aftab Pureval in that role.

|  | Respectfully Submitted, |
|---|---|
| GRAYDON HEAD & RITCHEY LLP<br>312 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202<br>Phone: (513) 621-6464<br>Fax:    (513) 651-3836 | /s/ *Alexandra M. Berry*<br>John C. Greiner (0005551)<br>Darren W. Ford (0086449)<br>Alexandra M. Berry (0098176)<br>Kellie A. Kulka (0095749)<br>GRAYDON HEAD & RITCHEY LLP<br>312 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>Phone: (513) 629-2734<br>          (513) 629-2844<br>Fax:   (513) 333-4316<br>Email:  jgreiner@graydon.law<br>         dford@graydon.law<br>         aberry@graydon.law<br>         kkulka@graydon.law<br>*Counsel for Plaintiff Courthouse News Service* |