# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, <br><br> Plaintiff, <br><br> v. <br><br> **PAVAN PARIKH, in his official capacity as Clerk of the Hamilton County Court of Common Pleas,** <br><br> Defendant. | Case No: 1:21-cv-00197 <br><br> Judge Michael R. Barrett |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Comes now Courthouse News Service and hereby requests the Clerk to enter a default against the defendant, Pavan Parikh on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

*Of Counsel:*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202
Phone: (513) 621-6464
Fax:    (513) 651-3836

*/s/ Alexandra M. Berry*
John C. Greiner (0005551)
Alexandra M. Berry (0098176)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-2734
       (513) 629-2844
Fax:   (513) 333-4316
Email: jgreiner@graydon.law
       aberry@graydon.law

*Attorneys for Plaintiff Courthouse News Service*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 20th day of October 2022, a copy of the foregoing document was served to counsel of record for Defendant via the Court's CM/ECF filing system.

                                          */s/ Alexandra M. Berry*
                                          Alexandra M. Berry (0098176)

12420701.1