UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, <br><br> Plaintiff, <br><br> v. <br><br> **PAVAN PARIKH, in his official capacity as Clerk of the Hamilton County Court of Common Pleas,** <br><br> Defendant. | Case No: 1:21-cv-00197 <br><br> Judge Michael R. Barrett <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND THE LAW FIRM OF GRAYDON HEAD AND RITCHEY, LLP FOR PLAINTIFF COURTHOUSE NEWS SERVICE** |

Please take notice that Alexandra M. Berry, and the law firm of Graydon Head & Ritchey, LLP ("Graydon"), give notice of her withdrawal as counsel for Plaintiff Courthouse News Service ("Plaintiff") in this matter. Trial Attorney for Plaintiff, John C. Greiner, has departed Graydon to join Faruki, PLL. Mr. Greiner will continue as Trial Attorney for Plaintiff.

Respectfully submitted,

*OF COUNSEL:*

BRICKER GRAYDON LLP
312 Walnut Street, Suite 1800
Cincinnati, OH  45202
Phone:  (513) 621-6464
Fax:     (513) 651-3836

*/s/ Alexandra M. Berry*
Alexandra M. Berry (0098176)
BRICKER GRAYDON LLP
312 Walnut Street, Suite 1800
Cincinnati, OH  45202
Phone:  (513) 629-2726
Fax:     (513) 651-3836
E-mail:  aberry@brickergraydon.com
*Withdrawing Attorney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April 2023, the foregoing was electronically filed with the Court using the CM/ECF filing system and served upon all parties that have entered an appearance in this matter.

*/s/ Alexandra M. Berry*
Alexandra M. Berry (0098176)
