UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| Plaintiff, | ) Case No.: 1:21-cv-00197 |
| vs. | ) Judge Michael R. Barrett |
| PAVAN PARIKH, in his official capacity as Clerk of the Hamilton County Court of Common Pleas, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' First Joint Motion to Amend the Calendar Order. (Doc. 27). For good cause shown, the parties' Motion (Doc. 27) is **GRANTED**.[1] The Court's January 18, 2023 CALENDAR ORDER (Doc. 25), which—the parties will recall—was amended during the Status Conference held on March 16, 2023,[2] is **AMENDED** again as follows:

- Fact discovery deadline: May 1, 2024
- Dispositive motion deadline: June 15, 2024
- Settlement Conference: May 21, 2024 at 10:30 am, Room 239
- Joint Final Pretrial Order/Jury Instructions: Submitted to the Court one week prior to the final pretrial conference
- Final pretrial conference: November 6, 2024 at 10:00 am, Room 239
- Jury Trial: December 2024, Courtroom 109

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT

---

[1] *See* Fed. R. Civ. P. 16(b)(4).

[2] *See* (03/16/2023 Minute Entry).