IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 1:21-CV-00197 |
| Plaintiff, | : | (Judge Michael R. Barrett) |
| v. | : | **PLAINTIFF COURTHOUSE NEWS SERVICE'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| PAVAN PARIKH, in his official capacity as Clerk of the Hamilton County Court of Common Pleas, | : | |
| Defendant. | : | |

Plaintiff Courthouse News Service ("Plaintiff") provides notice to the Court of the United States Court of Appeals for the Ninth Circuit's Opinion in *Courthouse News Service v. Sara Omundson, in her official capacity as Administrative Director of Idaho Courts*, Case No. 24-6697, attached as Exhibit 1, affirming the United States District Court for the District of Idaho's Decision and Order in Case No. 1:21-cv-00305, attached Plaintiff's October 1, 2024 Notice of Supplemental Authority (Doc. 51-1).

Respectfully submitted,

/s/ John C. Greiner
John C. Greiner (0005551)
Darren W. Ford (0086449)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
dford@ficlaw.com

Attorneys for Plaintiff
Courthouse News Service

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of September, 2026, I electronically filed the foregoing Plaintiff Courthouse News Service's Notice of Supplemental Authority in Support of its Motion for Summary Judgment with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Pamela J. Sears, Esq.
Michael J. Friedmann, Esq.
Assistant Prosecuting Attorneys
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
pam.sears@hcpros.org
Michael.friedmann@hcpros.org

Attorneys for Defendant

/s/ John C. Greiner
John C. Greiner

4910-9634-2991.1
10/1/2024